*JS-6*

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11   FERNANDO DAVILA,                    CASE NO. EDCV10-00659-VAP(DTBx)

12                        Plaintiff,     Honorable Virginia A. Phillips
                                         Courtroom 2
     vs.
13                                       **ORDER** *REMANDING CASE*
     LAB CORP, aka LABORATORY
14   CORPORATION OF AMERICA,             Notice of Removal:    May 3, 2010
                                         Trial Date:          None
15                        Defendant.

16       Pursuant to the Stipulation filed by Plaintiff Fernando Davila and Defendant

17   Laboratory Corporation of America, filed December 27, 2010 (Doc. No. 49), and now that

18   Dr. Honggang Shen, a California citizen, has been added as a Defendant in this matter per

19   this Court's Order of December 9, 2010 (Doc. No. 41), there is no longer any diversity of

20   citizenship in this matter, and this Court no longer has subject matter jurisdiction over this

21   matter.

22       This cause is hereby remanded to the Superior Court of California for Riverside

23   County.

24

25   SO ORDERED:

26   *Virginia A. Phillips*              12/29/10

27   Honorable Virginia A. Phillips

28
     11670508.01                                        EDCV10-00659-VAP(DTBx)

                                                                              ORDER

LabCorp003108